United States District Court
Southern District of Texas
**ENTERED**
July 24, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| KEVYNE VEGA, *et al*, § § Plaintiffs, § VS. § JAMES EDWIN DILDAY, *et al*, § § Defendants. § | CIVIL ACTION NO. 3:17-CV-142 |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Dkt. 5.

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **August 24, 2017** that the settlement could not be completely documented.

All pending motions are hereby **DENIED as moot**.

SIGNED at Galveston, Texas, this 24th day of July, 2017.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge